NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETAPP, INC.,**
*Appellant*

**v.**

**ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE,**
*Appellee*

---

2015-1719

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00635.

---

**JUDGMENT**

---

PETER H. KANG, Sidley Austin LLP, Palo Alto, CA, argued for appellant. Also represented by ANNA MAYERGOYZ WEINBERG, Washington, DC.

MATTHEW CARMINE PHILLIPS, Renaissance IP Law Group LLP, Portland, OR, argued for appellee. Also represented by DEREK MEEKER; MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 August 9, 2016                     /s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court